

**FILED**

APR 1 1 2006

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Gail Johnson, Byron Treadwell, and Natalie McFall, | ) ) ) | |
| Plaintiffs, | ) ) | No. 03 C 6620 |
| v. | ) ) ) | Judge Kendall |
| The City of Chicago; Phil Cline, Superintendent of the Chicago Police Department; Terry G. Hillard, former Superintendent of the Chicago Police Department; Chicago Police Officers Scott (Star No. 21266); Blackledge (Star No. 21203); Gray (Star No. 20612); Hightower (Star No.21307); Mason (Star No. 20702); Milz (Star No. 212000); Easter (Star Nol 20017); Frazier (Star No. 20476); and Chicago Police Sergeant Howard, all in their individual capacities, | ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**STIPULATION TO DISMISS**

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled pursuant to the Release and Settlement Agreement filed herewith and, therefore, this cause should be dismissed with prejudice and with each party bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement and the Agreed Order of Dismissal.

Respectfully submitted,

CITY OF CHICAGO
a Municipal Corporation

_____
Craig B. Futterman
Attorney for plaintiffs,
Gail Johnson, Byron Treadwell
and Natalie McFall
6020 S. University Avenue
Chicago, Illinois 60637
(773)702-9611
Attorney No. 6206436

BY: _____
Sara Ellis
Assistant Corporation Counsel

MARA S. GEORGES
Corporation Counsel
Attorney for City of Chicago

Date:_____

_____
John Broderick
Assistant Corporation Counsel
Attorney for defendants,
Phil Cline, Terry G. Hillard, Chicago Police
Officers Scott, Blackledge, Gray, Hightower.
Mason, Milz, Easter, Frazier and Sergeant Howard
30 N. LaSalle Street, Suite 1400
Chicago, Illinois 60602
(312) 74\_\_-_____
Attorney No. _____

Date: _____

30 N. LaSalle Street
Suite 900
Chicago, Illinois 60602
(312) 744- 6919
Attorney No. 06224868

Date: _____