# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Virginia M. Kendall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 03 C 6620 | DATE | 4/11/2006 |
| CASE TITLE | Gail Johnson, et al. vs. The City of Chicago, et al. | | |

**DOCKET ENTRY TEXT**

Enter Release and Settlement Agreement.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | GR |
|---|---|---|